1  G. Peter Albert, Jr. (State Bar No. 211248)
   Stephen M. Lobbin (State Bar No. 181195)
2  **FOLEY & LARDNER LLP**
   1530 Page Mill Road
3  Palo Alto, CA  94304-1125
   Telephone:   650.856.3700
4  Facsimile:   650.856.3710

5  Attorneys for Plaintiff
   **HEWLETT-PACKARD COMPANY**
6

7  Allen D. Brufsky
   **CHRISTOPHER & WEISBURG, P.A.**
8  200 East Las Olas Boulevard, Suite 2040
   Fort Lauderdale, Florida  33301
9  Telephone:   954.828.1488
   Facsimile:   954.828.9122
10

11 Attorneys for Defendant
   **F&G RESEARCH, INC.**

FILED
APR 2 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>F&G RESEARCH, INC., a Florida corporation,<br><br>          Defendant. | Case No. CV 04-03920 MHP<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(2) |

IT IS HEREBY STIPULATED, by and between the parties, that the above-referenced action should be dismissed under Fed. R. Civ. P. 41(a)(2), as follows:

1. In accordance with the parties' confidential Settlement Agreement effective March 24, 2005 ("the Settlement Agreement"), this action is hereby dismissed with prejudice; and

2. This Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 21, 2005

**FOLEY & LARDNER LLP**

/s/ G. Peter Albert, Jr.
G. Peter Albert, Jr.
Stephen M. Lobbin

Attorneys for Plaintiff
**HEWLETT-PACKARD COMPANY**

Dated: April 21, 2005

**CHRISTOPHER & WEISBURG, P.A.**

/s/ Allen D. Brufsky
Allen D. Brufsky

Attorneys for Defendant
**F&G RESEARCH, INC.**

IT IS SO ORDERED.

Dated: 4/22, 2005

_____
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE
CASE NO. CV 04-03920 MHP

015.68198711